

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00389-CR

**EX PARTE** Kenneth Richard **RIKER** II

From the County Court at Law, Medina County, Texas
Trial Court No. 25621A
Honorable Mark Cashion, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 2, 2020.

_____
Patricia O. Alvarez, Justice